# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **KAREEM RUSSELL** | : | No. 10-186-1 |
| a/k/a "Reem," | : | |
| **Defendant** | : | |

# O R D E R

**AND NOW,** this 27th day of September, 2011, upon consideration of Defendant's Motion to Dismiss for Violation of Right to a Speedy Trial (Doc. No. 27), it is **ORDERED** that the Motion is **DENIED.**

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge